IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA JAYROE**                                                                                      **PLAINTIFF**

**v.**                                  **Case No. 4:14-cv-00247-KGB**

**CITY OF SHERWOOD, CITY OF SHERWOOD
POLICE DEPARTMENT, OFFICER SCOTT
GLIDEWELL, Individually and in His Official
Capacity, OFFICER STEVEN HENKER,**
Individually and in His Official Capacity,
**LIEUTENANT JAMIE MICHAELS,**
Individually and in His Official Capacity,
JOHN DOES 1-5, said designation representing
those individuals and/or entities exercising
control over the Plaintiff at the Sherwood
Police Department and Jail, who failed to
properly follow police procedures, JOHN DOES
6-10, said designation representing the liability
insurance carrier(s)                                                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion for extension of time for discovery and dispositive motions (Dkt. No. 18). The Court grants the parties' motion. The discovery deadline shall be extended to June 24, 2015, and the dispositive motions deadline shall be extended to July 9, 2015.

SO ORDERED this 2nd day of June, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE