## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**THOMAS T. JONES**                                                                                           **PETITIONER**

**v.**                              **Case No. 5:15-cv-00072 KGB-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                       **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

SO ADJUDGED this 7th day of January, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge